

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2020

No. 04-19-00245-CR

Vanessa **CAMERON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4286C
The Honorable Velia J. Meza, Judge Presiding

### O R D E R

On March 31, 2020, we abated this appeal to the trial court to make findings of fact with respect to whether any sealed motions or orders were missing from the clerk's record and, if so, whether they were lost or destroyed and could be replaced by a copy or recreated by agreement of the parties. *See* TEX. R. APP. P. 34.5(e). A supplemental clerk's record containing the trial court's written findings and a sealed supplemental clerk's record containing the omitted motions filed by appellant under seal and the related orders have now been filed in this court. Accordingly, it is ORDERED that this appeal is REINSTATED on the docket of this court. The appellant's brief is due *within thirty (30) days* from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court